AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 11-Cr-10253 |
| Edward Johnson a/k/a "Eddie" Johnson | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward Johnson, a/k/a "Eddie" Johnson
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. Sec. 1344 (bank fraud) and 18 U.S.C. Sec. 1343 (wire fraud)

Date: Jun 30, 2011

*Marianne B. Bowler, USMJ*
Issuing officer's signature

City and state:   Boston, MA

Honorable Marianne B. Bowler, U.S. Magistrate Judge
Printed name and title

**Return**

  This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title