UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case No. 11-10253-DJC |
| v. | ) ) | |
| **EDDIE JOHNSON, a/k/a "EDDIE" JOHNSON** | ) ) ) | |
| Defendant. | ) | |

### GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

| Original Victim | Successor In Interest | Parent Corporation |
|---|---|---|
| Aames Funding Corp.<br>350 S Grand Ave, Floor 43<br>Los Angeles, CA 90071 | AHL Acquisition, LLC<br>350 S Grand Ave # 4300,<br>Los Angeles, CA 90071 | AHL Holding Company |
| Peoples Choice Home Loans, Inc.<br>7515 Irvine Center Drive<br>Irvine, CA 92618-2930 | N/A | Peoples Choice Financial Corp.<br>2967 Michelson Drive # G<br>Irvine, CA 92612 |
| Plaza Home Mortgage, Inc.<br>5090 Shoreham Place, Suite #206.<br>San Diego, CA 92122 | N/A | N/A |
| Resmae Mortgage Corp.<br>6 Pointe Drive<br>Brea, CA 92821 | N/A | N/A |
| Wells Fargo Bank, N.A.<br>1050 Lakes Drive #400<br>West Covina, CA 91790 | N/A | N/A |
| WMC Mortgage Corp.<br>6320 Canoga Avenue<br>Woodland Hills, CA 91367 | N/A | GE Money Bank\GEMB<br>PO Box 981064<br>El Paso, TX 79998-1064 |

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        United States Attorney

By:    */s/ Andrea D. Roller*
            Andrea. D. Roller
            Special Assistant U.S. Attorney
            Lori J. Holik
            Assistant U.S. Attorney

Dated: August 2, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

By:    */s/ Andrea D. Roller*
        ANDREA D. ROLLER
        Special Assistant U.S. Attorney

Dated: August 2, 2011